UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dope Shows, Inc., <br><br>                  Plaintiff, <br><br>       -against- <br> Tab Virgil, Jr., <br><br>                  Defendant. | 25-CV-08980 (VEC) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Tuesday, February 17, 2026 at 2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY.

If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov **January 26, 2026**, to propose three alternative dates and times for the settlement conference during the week of February 23, 2026.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report, prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **February 10, 2026**, at 5:00 p.m.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED: January 15, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge