UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dope Shows, Inc., <br><br>  Plaintiff, <br><br> v. <br><br> Tab Virgil, Jr., p/k/a "Hot Boy Turk" and/or "Turk" and YNT Empire, LLC, <br><br>  Defendants. | Case No. 25-8980 <br><br> **STIPULATION OF DISMSISAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed with prejudice and with each party bearing his or its own costs and attorneys' fees. This Stipulation may be executed in counterparts. Facsimile copies of signatures shall be deemed valid and binding to the same extent as original signatures.

Respectfully submitted this 3rd day of March, 2026.

Dated: March 2, 2026
       New York, New York

By: _____
Jeffrey M. Movit
CHAUDHRYLAW PLLC
147 West 25th Street, 12th Floor
New York, New York 10001
Telephone: (212) 785-5550
Email: jeff@chaudhrylaw.com

*Counsel for Plaintiff*
*Dope Shows, Inc.*

By: _____
Paul M. Aloise, Jr. (*pro hac vice*)
RUBIN & RUBIN
2055 S. Kanner Hwy.
Stuart, FL 34994
Telephone: 772.283.2004
Facsimile: 772.283.2009

*Counsel for Defendants Tab Virgil, Jr., p/k/a "Hot Boy Turk" and/or "Turk" and YNT Empire, LLC*